AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Benjamin Boyd, Graham Bancroft, and Chantelle McGuffie, on behalf of themselves and others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> H.E. Sheikh Jassim bin Abdulaziz Al- Thani and H.E. Sheikha Al Mayassa bint Hamad Al-Thani, jointly and severally <br><br> *Defendant(s)* | Civil Action No. 18cv10698 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* H.E. Sheikh Jassim bin Abdulaziz Al- Thani
H.E. Sheikha Al Mayassa bint Hamad Al-Thani

9 E 72nd Street
New York, NY 10021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pardalis & Nohavicka, LLP,
950 3rd Avenue, Floor 25
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 16, 2018          /s/ S. James
                                   *Signature of Clerk or Deputy Clerk*